

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

*****************************************

DOUGLAS ROE,

        Plaintiff,                Civil Action No.
                                        05-CV-1608

v.                                        DNH/GJD

COMMISSIONER OF SOCIAL       **STIPULATION OF**
SECURITY,                                **REMAND**

        Defendant.

*****************************************

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in this case.

Dated: August 3, 2006            /s/ Howard D. Olinsky

                                          Howard D. Olinsky
                                          Attorney for Plaintiff

Dated: August 3, 2006            GLENN T. SUDDABY
                                          United States Attorney
                                          P.O. Box 7198
                                          100 S. Clinton Street
                                          Syracuse, New York 13261-7198

                              By:    /S/ William H. Pease
                                        William H. Pease - 102338
                                        Assistant U.S. Attorney

SO ORDERED: 8/3/06
Dated:
     Syracuse, New York                      HON. GUSTAVE J. DIBIANCO
                                          U.S. MAGISTRATE JUDGE